UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,<br><br>                              Plaintiff,<br><br>              v.<br><br>UNITED STATES,<br><br>                              Defendant. | **SUMMONS**<br><br>Court No.  21-00627 |

**TO:**   The Attorney General, and the U.S. Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                        **/s/ Mario Toscano**
                                        Clerk of the Court

---

1. <u>Name and standing of plaintiff</u>

   Plaintiff Saha Thai Steel Pipe Public Company Limited ("Saha Thai") is a foreign producer and exporter of subject merchandise.  Saha Thai fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) in the review proceeding before the U.S. Department of Commerce ("Commerce Department") that resulted in the contested final determination.  Accordingly, Saha Thai has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief description of contested determination</u>

   Plaintiff contests the Commerce Department's determination in the review *Welded Carbon Steel Pipes and Tubes From Thailand: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments*; 2019– 2020, 86 Fed. Reg. 69,620 (Dec. 8, 2021). (Case No. A-549-502).

3. <u>December 2, 2021 (Date of Commerce's Issues and Decision Memorandum)</u>
   (Date of determination)

4. *Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments* 86 Fed. Reg. 69,620 (Dec. 8, 2021).
   _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Daniel L. Porter

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiff Saha Thai Steel Pipe Public Company Limited*

December 20, 2020

## SERVICE OF SUMMONS BY THE CLERK

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230


Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444


                                              **/s/ Mario Toscano**
                                              Clerk of the Court