UNITED STATES COURT OF INTERNATIONAL TRADE

**Saha Thai Steel Pipe Public Company Limited v. United States**

**Court No. 21-00627**

I hereby certify that the foregoing Summons, Complaint, Form 5 Information Statement and Form 13 Disclosure of Corporate Affiliations and Financial Interest, Form 11 Notice of Appearance and Form 17 Business Proprietary Information Certification were served on this 20 day of December 2021, by U.S. certified mail return receipt requested, on the following parties:

*On behalf of the United States of America:*

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
1100 L Street, N.W.
Room 12124
Washington, DC 20530

*On behalf of the U.S. Department of Commerce:*

The Honorable Gina Raimondo
c/o John D. McInerney, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

*On behalf of Pacific Pipe Public Company Limited*

Brittney Powell, *Esq.*
**FOX ROTHSCHILD LLP**
1030 15th Street, NW
Suite 380 East
Washington, DC 20005

*On behalf of Wheatland Tube Company:*

Roger B. Schagrin, *Esq.*
**SCHAGRIN ASSOCIATES**
900 7th Street, NW
Suite 500
Washington, DC 20001

*Representative of Nucor Tubular Products Inc:*

Robert E DeFrancesco III, *Esq.*
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006

*Representative of Thai Premium Pipe Company Ltd:*

Robert George Gosselink, *Esq.*
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003

*On behalf of Blue Pipe Steel Center Co., Ltd:*

Adams Lee, *Esq.*
**HARRIS BRICKEN SLIWOSKI, LLP**
600 Stewart Street
Suite 1200
Seattle, WA 98101

/s/ Daniel L. Porter

Daniel L. Porter
**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373