**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

January 31, 2022

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:    *Saha Thai Steel Pipe Public Company Limited v. United States*, Court No. 21-00627

Dear Mr. Toscano:

        In accordance with Rule 73.2(b) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the final determination issued and published by the Department of Commerce in an administrative review of the antidumping duty order on circular welded carbon steel standard pipe and tube products from Turkey

        I am also transmitting the certification for the index and the final determination issued and published as *Welded Carbon Steel Pipes and Tubes From Thailand: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019–2020*, 86 Fed. Reg. 69,620 (Dec. 8, 2021). Also incorporated as part of the final determination is the attached Issues and Decision Memorandum.

        Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) is divided into two sections, one listing public documents and the other listing documents with business proprietary information.

        If you have any questions concerning this matter, please contact me at (202) 449-5906.

                                Respectfully submitted,


                                /s JonZachary Forbes
                                JonZachary Forbes
                                Attorney
                                Office of the Chief Counsel
                                    for Trade Enforcement & Compliance

Attachment

Mr. JonZachary Forbes
January 31, 2022
Page 2

cc:     (with index, certification, and final determination)

**Daniel Lewis Porter**
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
(202) 452-7340
(202) 452-7333 (fax)
dporter@curtis.com

**Elizabeth Anne Speck**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0369
(202) 514-7965 (fax)
elizabeth.speck@usdoj.gov

**Roger Brian Schagrin**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
(202) 429-2522 (fax)
rschagrin@schagrinassociates.com

**Aqmar Rahman**
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
(202) 679-1775
(202) 223-3763 (fax)
arahman@tradepacificlaw.com

**Alan Hayden Price**
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
aprice@wiley.law