## UNITED STATES COURT OF INTERNATIONAL TRADE

SAHA THAI STEEL PIPE PUBLIC
COMPANY LIMITED

    Plaintiff,

  v.

UNITED STATES,

    Defendant.

Court No. 21-00627

### DECLARATION OF THOMAS SCHAUER

1. Pursuant to the Rule 73.2 of the U.S. Court of International Trade, I, Thomas Schauer, International Trade Compliance Analyst, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the final determination issued in the administrative review of the antidumping duty order on certain welded carbon steel pipes and tubes from Thailand, issued and published as *Welded Carbon Steel Pipes and Tubes From Thailand: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019–2020*, 86 Fed. Reg. 69,620 (Dec. 8, 2021).

2. To the best of my knowledge, I have included in the administrative record all documents pertaining to the above-referenced proceeding presented to or obtained by the Secretary of Commerce or her delegates during the proceeding.

3. I have prepared a true and complete copy of the administrative record in the above-referenced proceeding.

4.      The attached index is a complete list of the documents comprising the administrative record in the above-referenced proceeding.

5.      Also attached is a true and complete copy of the final determination issued in the administrative review of the antidumping duty order on certain welded carbon steel pipes and tubes from Thailand, issued and published as *Welded Carbon Steel Pipes and Tubes From Thailand: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019– 2020*, 86 Fed. Reg. 69,620 (Dec. 8, 2021), and the Issues and Decision Memorandum accompanying the final determination.

6.      I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

January 28, 2022

Date: _____

_____
Thomas Schauer
International Trade Compliance Analyst
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230