UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: The Honorable Stephen A. Vaden, Judge

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, <br><br> Plaintiff, and <br><br> THAI PREMIUM PIPE COMPANY LTD. <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC. <br><br> Defendant-Intervenors. | Court No. 21-00627 |

**PLAINTIFF-INTERVENOR THAI PREMIUM PIPE COMPANY LTD.'S REPLY BRIEF**

Robert G. Gosselink
Aqmar Rahman

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

**August 26, 2022**

# TABLE OF CONTENTS

| | | |
|---|---|---:|
| I. | INTRODUCTION | 1 |
| II. | ARGUMENT | 1 |
| III. | CONCLUSION | 1 |

## I. INTRODUCTION

On behalf of Thai Premium Pipe Company Ltd. ("TPP"), we respectfully submit the following Reply Brief in response to the Response Briefs filed by Defendant and Defendant-Intervenors. *See* Defendant's Response in Opposition of Plaintiff's Brief (July 18, 2022), ECF No. 48; *see also* Defendant-Intervenors Responses in Opposition of Plaintiff's Brief (July 29, 2022), ECF No. 49, 50.

## II. ARGUMENT

TPP concurs and adopts by reference the arguments set forth in the Reply Brief of Plaintiff Saha Thai Steel Pipe Company Limited, also filed with the Court on August 26, 2022. TPP does not wish to address issues and arguments that are substantively different from those addressed by Plaintiff Saha Thai Steel Pipe Company Limited in its brief.

## III. CONCLUSION

For all of the reasons stated in Plaintiff's 56.2 Brief and Reply Brief, TPP respectfully requests that the Court holds unlawful Commerce's final determination rendered in the underlying administrative review and remands with instructions for Commerce to reissue its AD determination consistent with the Court's decision. If the Court remands to Commerce and Commerce recalculates Saha Thai Steel Pipe Company Limited's antidumping duty rate, Commerce also should recalculate the antidumping duty rate assigned to non-individually investigated Plaintiff-Intervenor TPP.

        Respectfully submitted,

        /s/ Robert G. Gosselink
        Robert G. Gosselink
        Aqmar Rahman

        Counsel for Plaintiff-Intervenor Thai
        Premium Pipe Company Ltd.

        **Trade Pacific PLLC**
        700 Pennsylvania Avenue, SE, Suite 500
        Washington, DC, 20003

**August 26, 2022**

## Word Count Certificate of Compliance

This brief has been prepared utilizing Microsoft Word 2020 using a proportionally spaced typeface 13 point Times New Roman font. In accordance with the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that this brief complies with the word limitations set forth in the Chambers Procedures. Specifically, excluding those exempted portions of the brief as set forth in 2 B (1) of the Chambers Procedures, I hereby certify that this brief contains 199 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

/s/ Robert G. Gosselink
Robert G. Gosselink
Aqmar Rahman

Counsel for Plaintiff-Intervenor Thai Premium Pipe Company Ltd.

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003