a

**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

October 18, 2024

**<u>FILED ELECTRONICALLY VIA CM/ECF</u>**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

> Re:    Redetermination Pursuant to Court Remand Order in *Saha Thai Steel Pipe Public. Co. Ltd. v. United States*, Ct. No. 21-00627

Dear Mr. Toscano:

In accordance with Rule 56.2(h)(1) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the remand proceeding conducted pursuant to the Court's order of November 13, 2023.  I am also transmitting the certification for the index.  The Department of Commerce's remand redetermination was filed with the Court on October 10, 2024.

Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) comprises both public and BPI documents.

If you have any questions concerning this matter, please contact me at (202) 779-0204.

Respectfully submitted,

<u>/s JonZachary Forbes</u>
JonZachary Forbes
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
October 18, 2024
Page 2

cc:     (with index and certification)

**Elizabeth Anne Speck**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0369
(202) 514-7965 (fax)
elizabeth.speck@usdoj.gov

**Daniel Lewis Porter**
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
(202) 452-7340
(202) 452-7333 (fax)
dporter@curtis.com

**Roger Brian Schagrin**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
(202) 429-2522 (fax)
rschagrin@schagrinassociates.com

**Aqmar Rahman**
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
(202) 679-1775
(202) 223-3763 (fax)
arahman@tradepacificlaw.com

**Alan Hayden Price**
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
aprice@wiley.law