Report generated on: 10/11/2024 10:53:25 AM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-549-502 - Welded Carbon Steel Pipe & Tube From Thailand

REM - SLIP OP. 23-158

*Contains Data files*

**\* Public Document \* Public Document \* Public Document**

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Document | 8/29/2024 | OTHER FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES DRAFT REMAND REDETERMINATION | REM - Slip Op. 23-158 | 4622436-01 |
| 2 Public Version | 8/29/2024 | MEMO FROM USDOC TO FILE PERTAINING TO SAHA THAI DRAFT REMAND CALCULATION | REM - Slip Op. 23-158 | 4622438-01 |
| 3 Public Document | 9/5/2024 | LETTER FROM SCHAGRIN ASSOCIATES TO SEC OF COMMERCE PERTAINING TO WHEATLAND CMTS ON DRAFT REMAND DETERMINATION | REM - Slip Op. 23-158 | 4625914-01 |
| 4 Public Document | 9/5/2024 | LETTER FROM CURTIS, MALLET-PREVOST, COLT & MOSLE LLP TO SEC OF COMMERCE PERTAINING TO SAHA THAI CMTS ON DRAFT REMAND RE-DETERMINATION | REM - Slip Op. 23-158 | 4626458-01 |
| 5 Public Document | 10/10/2024 | OTHER FROM USDOC TO FILE PERTAINING TO SAHA THAI FINAL REMAND REDETERMINATION | REM - Slip Op. 23-158 | 4646870-01 |