Report generated on: 10/11/2024 10:53:11 AM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-549-502 - Welded Carbon Steel Pipe & Tube From Thailand

REM - SLIP OP. 23-158

*Contains Data files*

**\* BPI Documents - May Be Released Under APO \* BPI Documents - May Be Released Under APO**

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1<br>BPI Releasable | 8/29/2024 | MEMO FROM USDOC TO FILE PERTAINING TO SAHA THAI DRAFT REMAND CALCULATION | REM - Slip Op. 23-158 | 4622437-01 |
| 2<br>BPI Releasable | 8/29/2024 | COMPUTER_PROGRAMS FROM USDOC TO FILE PERTAINING TO SAHA THAI HM PROGRAM | REM - Slip Op. 23-158 | 4622439-01 |
| 3<br>BPI Releasable | 8/29/2024 | COMPUTER_PROGRAMS FROM USDOC TO FILE PERTAINING TO SAHA THAI MARGIN PROGRAM | REM - Slip Op. 23-158 | 4622439-02 |