## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC CO., LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| THAI PREMIUM PIPE CO., LTD., ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Court No. 21-00627 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WHEATLAND TUBE CO, and NUCOR ) | |
| TUBULAR PRODUCTS, INC., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

## DECLARATION OF THOMAS SCHAUER

1.      Pursuant to Rule 56.2(h)(1) of the U.S. Court of International Trade, I, Thomas Schauer, Senior Import Compliance Specialist, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the remand redetermination issued pursuant to this Court's order of November 13, 2023, in the above-captioned case.

2.      To the best of my knowledge, I have included in the remand record all documents pertaining to the above-referenced remand proceeding presented to or obtained by the Secretary of Commerce or her delegates during the remand proceeding.

3.      I have prepared a true and complete copy of the remand record in the above-referenced remand proceeding.

4.      The attached index is a complete list of the documents comprising the remand record in the above-referenced remand proceeding.

5.      I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

October 11, 2024

Date: _____

_____
Thomas Schauer
Senior Import Compliance Specialist
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230

2