# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: The Honorable Stephen A. Vaden, Judge

|  |  |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, | ) ) ) ) |
| Plaintiff, and | ) ) |
| THAI PREMIUM PIPE COMPANY LTD. | ) ) ) |
| Plaintiff-Intervenor, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| and | ) ) ) |
| WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC. | ) ) ) ) |
| Defendant-Intervenors. | ) ) ) |

Court No. 21-00627

## PLAINTIFF-INTERVENOR THAI PREMIUM PIPE COMPANY LTD.'S COMMENTS IN SUPPORT OF COMMERCE'S REMAND REDETERMINATION

Robert G. Gosselink
Aqmar Rahman

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

**November 11, 2024**

## COMMENTS OF PLAINTIFF-INTERVOR, THAI PREMIUM PIPE COMPANY LTD., ON COMMERCE'S REMAND REDETERMINATION

On behalf of Thai Premium Pipe Company Ltd. ("TPP"), we respectfully submit the following comments concerning the "Final Results of Redetermination Pursuant to Court Remand" ("Final Remand Results"), ECF No. 87 (October 10, 2024), filed by the U.S. Department of Commerce ("Commerce") concerning the Court's remand Order on November 13, 2023. ECF No. 81.

As a non-individually investigated respondent in the underlying administrative proceeding that is the subject of this litigation, the rate assigned to TPP is determined by the final dumping margin calculated for Saha Thai Steel Pipe Public Company Limited ("Saha Thai"). This means that any calculation changes made to Saha Thai's antidumping duty calculations in this litigation potentially and directly impact the weight-average dumping margin assigned to TPP.

In Commerce's Final Remand Results, Commerce found that Saha Thai and BNK are not affiliated and re-calculated Saha Thai's antidumping margin based on the Court's remand Order. TPP agrees with Commerce's Final Remand Results, where Commerce recalculated TPP's weighted-average dumping margin to be 1.65%. TPP believes that Commerce's remand redetermination complies with the Court's order and should be sustained.

-2-

Respectfully submitted,

/s/ Robert G. Gosselink
Robert G. Gosselink
Aqmar Rahman

Counsel for Plaintiff-Intervenor Thai
Premium Pipe Company Ltd.

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

November 11, 2024

## **<u>Word Count Certificate of Compliance</u>**

These comments have been prepared utilizing Microsoft Word 2020 using a proportionally spaced typeface 13 point Times New Roman font. In accordance with the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that this memorandum of law complies with the word limitations set forth in the Chambers Procedures. I hereby certify that this memorandum of law contains 192 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

<u>/s/ Robert G. Gosselink</u>
Robert G. Gosselink
Aqmar Rahman

Counsel for Plaintiff-Intervenor Thai
Premium Pipe Company Ltd.

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

November 11, 2024