# UNITED STATES COURT OF INTERNATIONAL TRADE

*Before*: The Honorable Gary S. Katzmann, Judge

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, <br><br> Plaintiff, and <br><br> THAI PREMIUM PIPE COMPANY LTD. <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC. <br><br> Defendant-Intervenors. | Court No. 21-00627 |

## PLAINTIFF-INTERVENOR THAI PREMIUM PIPE COMPANY LTD.'S COMMENTS IN OPPOSITION OF COMMERCE'S REMAND REDETERMINATION

Aqmar Rahman
Robert G. Gosselink

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

September 17, 2025

**COMMENTS OF PLAINTIFF-INTERVOR, THAI PREMIUM PIPE COMPANY LTD., ON COMMERCE'S REMAND REDETERMINATION**

On behalf of Thai Premium Pipe Company Ltd. ("TPP"), we respectfully submit the following comments concerning the "Final Results of Redetermination Pursuant to Court Remand" ("Final Remand Results"), ECF No. 112 (August 11, 2025), filed by the U.S. Department of Commerce ("Commerce") concerning the Court's remand Order on June 5, 2025. ECF No. 106.

As a non-individually investigated respondent in the underlying administrative proceeding that is the subject of this litigation, the rate assigned to TPP is determined by the final dumping margin calculated for Saha Thai Steel Pipe Public Company Limited ("Saha Thai"). This means that any calculation changes made to Saha Thai's antidumping duty calculations in this litigation potentially and directly impact the weight-average dumping margin assigned to TPP.

TPP respectfully disagrees with Commerce's analysis in the Final Remand Results regarding its application of adverse facts available to Saha Thai and its determination that Saha Thai and BNK are affiliated entities. To avoid duplicating arguments, TPP concurs with and incorporates by reference the remand comments submitted by Saha Thai on September 17, 2025.

                                                Respectfully submitted,

                                                /s/ Aqmar Rahman
                                                Aqmar Rahman
                                                Robert G. Gosselink

-2-

                                                Counsel for Plaintiff-Intervenor Thai Premium Pipe Company Ltd.

                                                **Trade Pacific PLLC**
                                                700 Pennsylvania Avenue, SE, Suite 500
                                                Washington, DC, 20003

September 17, 2025

## Word Count Certificate of Compliance

These comments have been prepared utilizing Microsoft Word 2020 using a proportionally spaced typeface 13 point Times New Roman font. In accordance with the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that this memorandum of law complies with the word limitations set forth in the Chambers Procedures. I hereby certify that this memorandum of law contains 175 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

/s/ Aqmar Rahman
Aqmar Rahman
Robert G. Gosselink

Counsel for Plaintiff-Intervenor Thai Premium Pipe Company Ltd.

**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC, 20003

September 17, 2025