**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**      **Form 1**
**March 2023**

# UNITED STATES

# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

    Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:   21-00627

Case title being appealed:   Saha Thai Steel Pipe P₁ v. United States

Date of final judgment or order being appealed:   07/17/2026

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Saha Thai Steel Pipe Public Co. Ltd.

Date: 08/10/2026

Signature: /s/ Daniel L. Porter

Name: Daniel L. Porter

Address: 1200 Seventeenth Street NW

Washington, DC 20036

Phone Number: 202-663-8140

Email Address: daniel.porter@pillsburylaw.co